# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

Robert P. Young, Jr.,
Chief Justice

145240

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In Re DUNCAN, Minors.

SC: 145240
COA: 306821
Ingham CC Family Division:
10-001069-NA; 10-001070-NA;
10-001071-NA; 11-000430-NA

_____/

On order of the Court, the application for leave to appeal the May 15, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Court of Appeals for consideration of the issue raised by the respondent but not addressed by that court during its initial review of this case.

We do not retain jurisdiction.

MARILYN KELLY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012 _____     _____
                                                                                    Clerk

h0919